UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALAKO BLACKFOOT,<br><br>            Plaintiff,<br><br>    v.<br><br>ISAAC D. MIJARES, et al.,<br><br>            Defendants. | Case No. WD CV 07-6044-JVS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: August 9, 2011.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE